**Order filed February 2, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00490-CV**

_____

**IN RE DOMINO'S PIZZA LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-76781**

---

## ORDER

On July 7, 2022, relator Domino's Pizza LLC filed a petition for writ of mandamus in this court. _See_ Tex. Gov't Code Ann. § 22.221; _see also_ Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jacalyn McFarland to vacate her June 21, 2022 order denying relator's motion for protection from certain specified deposition topics.

On August 23, 2022, we abated this original proceeding for mediation. On December 2, 2022, relator's counsel advised the court that the parties had settled the case at mediation, that it would take approximately 30 days to finalize the matter, and the parties would file the necessary papers to dismiss this original proceeding and the trial court action.

Thirty days have passed without either relator or real party in interest filing the necessary paperwork with the court. We order relator and real party in interest file a status upon on or before February 9, 2023, advising the court of the status of the case. Failure to do so will result in the denial of the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.